**Continuing Abatement Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00528-CV
_____

## IN RE GERALD LEE RICKS, Relator

**County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 07-FD-1547**

## CONTINUING ABATEMENT ORDER

On June 17, 2013, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov=t Code Ann. 22.221. Relator asked this Court to order the Honorable Christopher Dupuy, Judge of County Court No. 3, Galveston County, Texas, to rule on his motion for enforcement of the judgment entered in trial court cause number 07-FD-1547, styled *In the Matter of the Marriage of Eletha Lachon Ricks v. Gerald Lee Ricks*.

Because respondent has been removed from the bench, on June 20, 2013, we abated this proceeding for thirty days to permit a new judge or visiting judge assigned to the underlying case to rule on relator's motion. On July 31, 2013,

relator filed a motion to reinstate. On August 28, 2013, the trial judge informed this court that a hearing has been set on all pending motions filed by relator for October 11, 2013. Accordingly, we deny relator's motion to reinstate.

This mandamus proceeding remains abated. The parties shall advise the court of the action taken on the motion for enforcement at issue in this proceeding within thirty days of the hearing. The court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.